JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ & ERICSSON, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Ashley Ofrecio*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>vs.<br><br>ASHLEY MARIE OFRECIO,<br>      Defendant. | CASE NO:  2:20-cr-359-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(First Request) |

        IT IS HEREBY STIPULATED AND AGREED by Ashley Ofrecio, by and through her attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through JEREMY S. ROBBINS, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for June 8, 2021, at 10:00 a.m., be vacated and continued at least ninety (90) days past the current sentencing date to a date and time that is convenient to this Honorable Court.

        The request for a continuance is based upon the following:

    1.      The parties request that this sentencing be continued. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Temporary General Order 2020-05 provides limited circumstances in which a sentencing hearing may be conducted via video conference. However, the parties in this case submit that the interests of justice will be best served by continuing the sentencing hearing in this case. On March 26, 2021, the Chief Judge extended Temporary General Order 2020-05 until June 28, 2021.

2.    The parties require additional time to prepare before proceeding to sentencing. Defendant Ashley Ofrecio is not in custody, and she has no objection to the continuance.

3.    Defense Counsel for Ashley Ofrecio has spoken to AUSA Jeremy Robbins, and he agrees to the continuance.

4.    The additional time requested herein is not sought for purposes of delay.

5.    The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6.    Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: April 8, 2021

Respectfully submitted,

_/s/ James A. Oronoz_____         _/s/ Jeremy S. Robbins_____
James A. Oronoz, Esq.                Jeremy S. Robbins, Esq.
Oronoz & Ericsson, LLC               Assistant United States Attorney
1050 Indigo Drive, Suite 120         501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada, 89145             Las Vegas, Nevada, 89101
Attorney for Ashley Ofrecio          Attorney for the United States of America

### **ORDER**

    IT IS ORDERED  that  Sentencing and disposition set for June 8, 2021 at 10:00 AM

is vacated and continued to **September 7, 2021** at **10:00 AM**.

_____
    RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

    DATED this **9th**   day of    **April**_____, 2021.